```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CR S 2:10-cr-00304 MCE
                                 )
12                   Plaintiff,  ) STIPULATION AND ORDER
                                 ) RESETTING STATUS CONFERENCE,
13            v.                 ) AND EXCLUDING TIME UNDER THE
                                 ) SPEEDY TRIAL ACT
14  JOHN LESTER GROSS III, and   )
    KENNETH LOGAN GROSS,         )
15                               )
                                 )
16                   Defendants. )
    _____)
17
18
19
20
21       The United States of America, through its counsels of record,
22  Benjamin B. Wagner, United States Attorney for the Eastern District
23  of California, and Michael M. Beckwith, Assistant United States
24  Attorney, defendant Kenneth Logan Gross, through his counsel of
25  record, Olaf Hedberg, Esq., and defendant John Lester Gross, III,
26  through his counsel of record, Michael Chastaine, Esq. hereby
27  stipulate and agree that the status conference set for November 1,
28  2012, be continued to January 24, 2013.
```

1

The parties need additional time for preparation.  Therefore, the parties have agreed and respectfully request that the Court set the date of January 24, 2013, at 9:00 a.m., for the status conference.  Accordingly, the parties stipulate that time be excluded beginning November 1, 2012, through and including January 24, 2012. 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code T4. The exclusion of time is appropriate due to the defense counsels' need to prepare.  The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.

                                        BENJAMIN B. WAGNER
                                      United States Attorney

Dated: October 30, 2012      By:   /s/Michael M. Beckwith
                                      MICHAEL M. BECKWITH
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

DATED: October 30, 2012      By:   /s/ Olaf Hedberg
                                      OLAF HEDBERG
                                      Attorney for Defendant
                                      KENNETH LOGAN GROSS

DATED: October 30, 2012      By:   /s/ Michael Chastaine
                                      MICHAEL CHASTAINE
                                      Attorney for Defendant
                                      JOHN LESTER GROSS, III

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference on January 24, 2013 at 9:00 a.m. in Courtroom No. 7.

The Court finds excludable time as set forth above to and including January 24, 2013. Additionally, the Court finds the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: October 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3