1
2
3

MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

4
5

Attorneys for Defendant
John L. Gross III

6

7      IN THE UNITED STATES DISTRICT COURT

8      FOR THE EASTERN DISTRICT OF CALIFORNIA

9      UNITED STATES OF AMERICA,                )   Case No.: 2:10-CR-00304 MCE
                                                )
10                     Plaintiff,               )
                                                )
11              v.                              )   STIPULATION AND ORDER
                                                )   CONTINUING STATUS CONFERNCE
12     JOHN L. GROSS III, et al.,               )
                                                )
13                     Defendants.              )
                                                )
14

15     Defendant John L. Gross, III, by and through his attorney, Michael Chastaine, Ken

16     Gross by and through his attorney Olaf Hedberg, and the United States, by and through

17     Assistant United States Attorney Michael Beckwith, hereby stipulate and agree to

18     continue the status hearing in the above-captioned case from Thursday, January 24, 2013

19

20     at 9:00 a.m. to Thursday, February 14, 2013 at 9:00 a.m.  It is further stipulated that the

21     above referenced time period should be excluded from calculation under the Speedy Trial

22

23     Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T2 and T4.  It is further

24     stipulated that the need for a continuance and continued counsel preparation outweighs

25     the interests of the public and the defendant(s) in a speedy trial.

26

27     Counsels for the remaining defendants are actively involved in attempting to

28     resolve their respective cases and engaged in active negotiations with the Government.

1    Three of the defendants have already resolved their cases.  Further, there is a large

2  amount of discovery that is being reviewed and considered in these negotiations.

3

4  Dated: January 10, 2013                The CHASTAINE LAW OFFICE

5                                         By: _____/s/ Michael Chastaine

6                                             MICHAEL CHASTAINE
                                             Attorney for John L. Gross, III
7

8  Dated: January 10, 2013                By: _____/s/ Olaf Hedberg
                                             OLAF HEDBERG
9                                            Attorney for Ken Gross

10
   Dated: January 10, 2013                BENJAMIN B. WAGNER
11                                         United States Attorney

12
                                          By: ____/s/ Michael Beckwith
13                                            MICHAEL BECKWITH
                                             Assistant U.S. Attorney
14
                                          ORDER
15

16         GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

17         IT IS HEREBY ORDERED that the status conference as to Defendants John L.

18  Gross III and Ken Gross scheduled for Thursday, January 24, 2013, at 9:00 a.m. be

19  continued to Thursday, February 14, 2013, at 9:00 a.m. and that the period from January

20  24, 2013 to February 14, 2013 is excludable from calculation under the Speedy Trial Act

21  pursuant to 18 U.S.C. §3161(h)(8)(A).  Further, that the need for a continuance and

22  continued counsel preparation outweighs the interests of the public and the defendant(s)

23  in a speedy trial.

24
   Dated:  January 16, 2013
25

26  _____

27  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT
28