MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
John L. Gross III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN L. GROSS III, et al.,<br><br>　　　　Defendants. | Case No. 2:10-cr-00304-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　Defendant John L. Gross, III, by and through his attorney, Michael Chastaine, Ken Gross by and through his attorney Olaf Hedberg, and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, February 7, 2013 at 9:00 a.m. to Thursday, February 21, 2013 at 9:00 a.m.  It is further stipulated that the above-referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T2 and T4.  It is further stipulated that the need for a continuance and continued counsel preparation and negotiation outweighs the interests of the public and the defendant(s) in a speedy trial.

The continuance is necessary as counsel for Mr. John L. Gross, III is presently in trial and expects to still be in trial on the status conference date of Thursday, February 7, 2013. Further, counsels for the remaining defendants are actively involved in attempting to resolve their respective cases and engaged in negotiations with the Government.

Three of the defendants have already resolved their cases.

Dated: February 5, 2013        The CHASTAINE LAW OFFICE

                               By:   /s/ Michael Chastaine
                                     MICHAEL CHASTAINE
                                     Attorney for John L. Gross, III

Dated: February 5, 2013        By:   /s/ Olaf Hedberg
                                     OLAF HEDBERG
                                     Attorney for Ken Gross

Dated: February 5, 2013        BENJAMIN B. WAGNER
                               United States Attorney

                               By:   /s/ Michael Beckwith
                                     MICHAEL BECKWITH
                                     Assistant U.S. Attorney

## **ORDER**

Having reviewed and considered the above stipulation, and good cause appearing, IT IS HEREBY ORDERED that the status conference as to Defendants John L. Gross III and Ken Gross scheduled for Thursday, February 7, 2013, at 9:00 a.m. be continued to Thursday, February 21, 2013, at 9:00 a.m. and that the period from February 7, 2013, to February 21, 2013, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).  Further, that the need for a continuance and continued counsel preparation and negotiation outweighs the interests of the public and the defendant(s) in a speedy trial.

Dated:  February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE