```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00304-MCE |
| Plaintiff, ) | |
| ) | PRELIMINARY ORDER OF |
| v. ) | FORFEITURE |
| JOHN LESTER GROSS, III, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant John Lester Gross, III, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant John Lester Gross, III's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) Approximately $4,675.00 in U.S. Currency;
    b) 2002 Yamaha Grizzly 4X4 ATV, VIN: JY4AM02Y02C013181;
    c) 2004 John Deere 550H LT Bulldozer, Serial Number: NR9038;
    d) 2000 Caterpillar 236 Skid Steer Loader, VIN: CAT00236A4YZ04942;
    e) 2002 John Deere 310SG Backhoe, VIN: T0310SG904048;
    f) 2004 John Deere 310SG Backhoe, VIN: T0310SG904280;

1          g)    Five (5) Assorted Gun Safes; and
2          h)    Auto Carrier Trailer, Oregon License Number: U293879.

    2.   The above-listed properties constitute properties used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. § 856.

    3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed properties.  The aforementioned properties shall be seized and held by the U.S. Marshals Service in their secure custody and control.

    4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the properties in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](http://www.forfeiture.gov).  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

        b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed properties, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

    IT IS SO ORDERED.

Date:  April 02, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE