BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:10-CR-00304-MCE |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JOHN LESTER GROSS, III, | |
| Defendant. | |

WHEREAS, on or about April 5, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant John Lester Gross, III forfeiting to the United States the following property:

    a.    Approximately $4,675.00 in U.S. Currency;
    b.    2002 Yamaha Grizzly 4X4 ATV, VIN: JY4AM02Y02C013181;
    c.    2004 John Deere 550H LT Bulldozer, Serial Number: NR9038;
    d.    2000 Caterpillar 236 Skid Steer Loader, VIN: CAT00236A4YZ04942;
    e.    2002 John Deere 310SG Backhoe, VIN: T0310SG904048;
    f.    2004 John Deere 310 SG Backhoe, VIN: T0310SG904280;
    g.    Five (5) Assorted Gun safes; and
    h.    Auto Carrier Trailer; Oregon License Number: U293879.

AND WHEREAS, beginning on April 5, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third

parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a)    Jack Leroy Lyons

    b)    John Lester Gross II

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253 to be disposed of according to law, including all right, title, and interest of John Lester Gross, III.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  February 18, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT