MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-932-7150

Attorney for Defendant
John Gross, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN GROSS, III<br><br>　　　　Defendants. | Case No. 2:10-CR-304-MCE<br><br>ORDER TO RETURN PASSPORT TO JOHN GROSS OR HIS REPRESENTATIVE |

　　　On January 9, 2014, Mr. John Gross, III was sentenced to Federal Prison with a self-surrender date.

　　　As a condition of his pre-trial release, Mr. Gross turned over his American passport to pretrial release services.  Now that Mr. Gross has been sentenced and the case finalized, Mr. Gross seeks to have his passport returned to him or his representative.  He therefore seeks an order from the court releasing his passport.

Dated: May, 13, 2014                    *Michael Chastaine /s/*　　　
　　　　　　　　　　　　　　　　　　　Michael Chastaine
　　　　　　　　　　　　　　　　　　　Attorney for John Gross

# ORDER

The Clerk of the Court is hereby ordered to release Mr. John Lester Gross, III passport to Mr. John Lester Gross, III, or his wife, Michelle Gross.

IT IS SO ORDERED.

Dated: May 21, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT