MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-932-7150

Attorney for Defendant
John Gross, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JOHN GROSS, III<br><br>     Defendants. | Case No.: 2:10-CR-304 MCE<br><br>ORDER TO RELEASE PROPERTY AND SURETY SECURING BAIL BOND AND ORDER EXONERATING BAIL AS TO DEFENDANT JOHN GROSS, III |

On January 9, 2014, Mr. John Gross, III was sentenced to Federal Prison with a self-surrender date.

As a condition of his pre-trial release, Mr. Gross put up a piece of property that he owes from Alaska, to wit: property in Chugiak Municipality of Anchorage, Alaska described as: Lot Eighteen (18), Block One (1), SLEEPY HOLLOW SUBDIVISION NO. 2, according to the official play thereof, filed under Plat Number 73-86, in the records of the Anchorage Recording District, Third Judicial District, State of Alaska.

Now that Mr. Gross has been sentenced, is currently serving his sentence and the case finalized, Mr. Gross seeks to have the liens against his property released.  \
Dated: May 13, 2014            *Michael Chastaine /s/*_____
                               Michael Chastaine
                               Attorney for John Gross

1

**ORDER**

The court having considered the motion of the Surety, John Gross, III orders as follows:

An order having heretofore been made in this case authorizing the clerk of this court to accept the Deed of Trust to secure a bail bond in the matter of John Gross, III. The deeded property is described as follows: property in Chugiak Municipality of Anchorage, Alaska described as: Lot Eighteen (18), Block One (1), SLEEPY HOLLOW SUBDIVISION NO. 2, according to the official play thereof, filed under Plat Number 73-86, in the records of the Anchorage Recording District, Third Judicial District, State of Alaska.

Said deed was deposited in the registry of this court in lieu and place of bail for the appearance of John Gross, III before the United States District Court for the Eastern District of California.  In accordance with the provisions of the bond given by the said defendant; and subsequently the case having been terminated by way of a final judgment on January 9, 2014.;

The Motion to Exonerate Bond as to Defendant John Gross, III is GRANTED. The Clerk of this Court shall exonerate said bail and release the above described property forthwith.  It is further ordered that the clerk shall execute all necessary documents to effectuate this release.

IT IS SO ORDERED.

Dated:  June 16, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT